DOCKETED
MAY 0 4 2001

IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

UNITED STATES OF AMERICA )
)
   v. )
)    **01CR438**
SHERRI JACKSON, )
WAYNE E. HUGHES, )    Violations: Title 18, United
LARHONE MILES, )    States Code, Sections 2, 513(a), and
JULIAN COLEMAN, )    1344
CORNELL STAMPLEY, and )
LARRY BRUCE )

*MAGISTRATE JUDGE ASHMAN*

*JUDGE HART*

# FILED

MAY 0 3 2001

## COUNT ONE

The SPECIAL NOVEMBER 1999 GRAND JURY charges **MICHAEL W. DOBBINS**
**CLERK, U.S. DISTRICT COURT**

1.      At times material to this indictment:

     (a)    Family Guidance Center, Inc., located in Chicago, Illinois ("Family Guidance Center") was a not-for-profit methadone clinic which provided drug counseling and outpatient services. Family Guidance Center maintained a checking account at American National Bank and Trust Company (now Bank One Corporation), located in Chicago, Illinois, a financial institution whose deposits were insured by the Federal Deposit Insurance Corporation ("FDIC"). This account is referred to herein as The "American National Bank account;"

     (b)    Defendant SHERRI JACKSON ("JACKSON") was an accounts payable and payroll clerk at Family Guidance Center. Defendant JACKSON was not an authorized signatory on The American National Bank account;

     (c)    Defendant WAYNE HUGHES ("HUGHES") maintained a checking account at Citibank Federal Savings Bank ("Citibank"), located in Chicago, Illinois, a financial institution whose deposits were insured by the FDIC;

(d)     Individual A maintained a checking account at TCF Bank ("TCF"), located in Chicago, Illinois, a financial institution whose deposits were insured by the FDIC;

(e)     Individual B maintained a checking account at Hyde Park Bank, located in Chicago, Illinois, a financial institution whose deposits were insured by the FDIC; and

2.     Beginning on or about March 12, 1999, and continuing until on or about June 17, 1999, in the Northern District of Illinois, Eastern Division,

SHERRI JACKSON,<br>
WAYNE HUGHES,<br>
LARHONE MILES,<br>
JULIAN COLEMAN,<br>
CORNELL STAMPLEY, and<br>
LARRY BRUCE,

defendants herein, together with others known and unknown to the grand jury, devised, intended to devise, and participated in a scheme to defraud American National Bank and to obtain money, funds and property owned by and under the custody and control of American National Bank, Citibank, TCF Bank, and Hyde Park Bank, by means of materially false and fraudulent pretenses, representations, which scheme is further described in the following paragraphs.

3.     It was part of the scheme that defendant JACKSON used her position at the Family Guidance Center to steal approximately 81 blank Family Guidance Center checks.

4.     It was further part of the scheme that defendant JACKSON recruited defendants HUGHES, LARHONE MILES ("MILES"), JULIAN COLEMAN ("COLEMAN"), and others to cash the stolen Family Guidance Center checks.  Defendants HUGHES, MILES, COLEMAN, and others agreed to personally cash the stolen checks on behalf of defendant JACKSON in exchange for a portion of the proceeds of the stolen checks.

2

5.      It was further part of the scheme that defendant JACKSON recruited defendant CORNELL STAMPLEY ("STAMPLEY") to recruit others to cash stolen Family Guidance Center checks. Defendant STAMPLEY then recruited defendant LARRY BRUCE ("BRUCE"), to cash stolen checks on behalf of defendant JACKSON in exchange for a portion of the proceeds of the stolen checks. Defendant BRUCE in turn recruited Individuals A and B to cash stolen checks on behalf of defendant JACKSON in exchange for a portion of the proceeds of the stolen checks.

6.      It was further part of the scheme that defendant JACKSON forged or caused to be forged the authorized signatures of Family Guidance Center personnel on the stolen Family Guidance Center checks.

7.      It was further part of the scheme that after defendant JACKSON made and caused the stolen Family Guidance Center checks to be made payable to defendants HUGHES, MILES, COLEMAN, Individuals A, B and others.

8.      It was further part of the scheme that defendant HUGHES deposited seven of the forged Family Guidance Center checks totaling approximately $27,300 into his account at Citibank, knowing that he was not entitled to any of the proceeds of the checks. Defendant HUGHES then withdrew the money from his account.

9.      It was further part of the scheme that defendant MILES cashed approximately 10 forged Family Guidance Center checks totaling approximately $34,767.92 at currency exchanges located in Chicago, Illinois, knowing that he was not entitled to any of the proceeds of the checks. Defendant MILES then delivered the cash proceeds of the checks to defendant JACKSON.

10.     It was further part of the scheme that defendant COLEMAN cashed approximately 9 forged Family Guidance Center checks totaling approximately $34,200 at currency exchanges

3

located in Chicago, Illinois, knowing that he was not entitled to any of the proceeds of the checks. Defendant COLEMAN then delivered the cash proceeds of the checks to defendant JACKSON.

11.     It was further part of the scheme that defendant STAMPLEY recruited defendant BRUCE to cash forged Family Guidance Center checks. Defendant BRUCE in turn recruited Individuals A and B to cash the forged checks by depositing the checks into their personal checking accounts at TCF Bank and Hyde Park Bank. After the forged checks were deposited, Individuals A and B withdrew the proceeds of the checks from their accounts in cash, kept a portion of the cash proceeds for themselves as their fee for negotiating the forged checks, and then delivered the balance of the cash proceeds to defendant BRUCE. Defendant Bruce then delivered the cash proceeds to defendant STAMPLEY who in turn delivered the cash proceeds to defendant JACKSON.

12.     It was further part of the scheme that after the forged Family Guidance Center checks were negotiated, defendant JACKSON paid defendants MILES, COLEMAN, and STAMPLEY, and others a portion of the cash proceeds of the checks in exchange for their assistance in either cashing the checks or recruiting others to cash the checks.

13.     It was further part of the scheme that by the above means, defendants JACKSON, HUGHES, MILES, COLEMAN, STAMPLEY, BRUCE and others fraudulently obtained approximately $108,352 under the care and custody of American National Bank, Citibank, TCF Bank and Hyde Park Bank.

14.     It was further part of the scheme that defendants JACKSON, HUGHES, MILES, COLEMAN, STAMPLEY and BRUCE would and did misrepresent, conceal, and hide, and cause to be misrepresented, concealed, and hidden, the purposes and acts done in furtherance of the scheme;

4

15.    On or about May 15, 1999, at Chicago, in the Northern District of Illinois, Eastern

Division,

SHERRI JACKSON and,
WAYNE HUGHES,

defendants herein, knowingly executed and attempted to execute the above-described scheme by

negotiating and causing to be negotiated at a Citibank branch located in Chicago, Illinois, a forged

Family Guidance Center check, numbered 22987, made payable to WAYNE HUGHES, in the

amount of $3,900, drawn on the American National Bank account;

In violation of Title 18, United States Code, Section 1344 and 2.

5

## COUNT TWO

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.     The Grand Jury realleges and incorporates by reference paragraphs 1 through 14 of Count One of this indictment.

2.     On or about May 21, 1999, at Chicago, in the Northern District of Illinois, Eastern Division,

SHERRI JACKSON and,
WAYNE HUGHES,

defendants herein, knowingly executed and attempted to execute the above-described scheme by negotiating and causing to be negotiated at a Citibank branch located in Chicago, Illinois, a forged Family Guidance Center check, numbered 23013, made payable to WAYNE HUGHES, in the amount of $3,900, drawn on the American National Bank account;

In violation of Title 18, United States Code, Section 1344 and 2.

## COUNT THREE

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.      The Grand Jury realleges and incorporates by reference paragraphs 1 through 14 of Count One of this indictment.

2.      On or about May 28, 1999, at Chicago, in the Northern District of Illinois, Eastern Division,

SHERRI JACKSON and,<br>
WAYNE HUGHES,

defendants herein, knowingly executed and attempted to execute the above-described scheme by negotiating and causing to be negotiated at a Citibank branch located in Chicago, Illinois, a forged Family Guidance Center check, numbered 23016, made payable to WAYNE HUGHES, in the amount of $3,900, drawn on the American National Bank account;

In violation of Title 18, United States Code, Section 1344 and 2.

## COUNT FOUR

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.      The Grand Jury realleges and incorporates by reference paragraphs 1 through 14 of Count One of this indictment.

2.      On or about June 4, 1999, at Chicago, in the Northern District of Illinois, Eastern Division,

SHERRI JACKSON and,
WAYNE HUGHES,

defendants herein, knowingly executed and attempted to execute the above-described scheme by negotiating and causing to be negotiated at a Citibank branch located in Chicago, Illinois, a forged Family Guidance Center check, numbered 23035, made payable to WAYNE HUGHES, in the amount of $3,900, drawn on the American National Bank account;

In violation of Title 18, United States Code, Section 1344 and 2.

8

## COUNT FIVE

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.     The Grand Jury realleges and incorporates by reference paragraphs 1 through 14 of Count One of this indictment.

2.     On or about June 10, 1999, at Chicago, in the Northern District of Illinois, Eastern Division,

SHERRI JACKSON and,
WAYNE HUGHES,

defendants herein, knowingly executed and attempted to execute the above-described scheme by negotiating and causing to be negotiated at a Citibank branch located in Chicago, Illinois, a forged Family Guidance Center check, numbered 22993, made payable to WAYNE HUGHES, in the amount of $3,900, drawn on the American National Bank account;

In violation of Title 18, United States Code, Section 1344 and 2.

9

## COUNT SIX

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.    The Grand Jury realleges and incorporates by reference paragraphs 1 through 14 of Count One of this indictment.

2.    On or about March 13, 1999, at Chicago, in the Northern District of Illinois, Eastern Division,

SHERRI JACKSON and<br>LARHONE MILES,

defendants herein, knowingly executed and attempted to execute the above-described scheme by negotiating and causing to be negotiated at a currency exchange located in Chicago, Illinois, a forged Family Guidance Center check, numbered 22971, made payable to LAHRONE MILES, in the amount of $1,567.92, drawn on the American National Bank account;

In violation of Title 18, United States Code, Sections 1344 and 2.

10

## COUNT SEVEN

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.     The Grand Jury realleges and incorporates by reference paragraphs 1 through 14 of Count One of this indictment.

2.     On or about April 9, 1999, at Chicago, in the Northern District of Illinois, Eastern Division,

SHERRI JACKSON and
LARHONE MILES,

defendants herein, knowingly executed and attempted to execute the above-described scheme by negotiating and causing to be negotiated at a currency exchange located in Chicago, Illinois, a forged Family Guidance Center check, numbered 23009, made payable to LAHRONE MILES, in the amount of $3,800, drawn on the American National Bank account;

In violation of Title 18, United States Code, Sections 1344 and 2.

11

## COUNT EIGHT

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.      The Grand Jury realleges and incorporates by reference paragraphs 1 through 14 of Count One of this indictment.

2.      On or about April 9, 1999, at Chicago, in the Northern District of Illinois, Eastern Division,

SHERRI JACKSON and
JULIAN COLEMAN,

defendants herein, knowingly executed and attempted to execute the above-described scheme by negotiating and causing to be negotiated at a currency exchange located in Chicago, Illinois, a forged Family Guidance Center check, numbered 22986, made payable to JULIAN COLEMAN, in the amount of $3,800, drawn on the American National Bank account;

In violation of Title 18, United States Code, Sections 1344 and 2.

## COUNT NINE

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.     The Grand Jury realleges and incorporates by reference paragraphs 1 through 14 of Count One of this indictment.

2.     On or about April 11, 1999, at Chicago, in the Northern District of Illinois, Eastern Division,

SHERRI JACKSON and,<br>
JULIAN COLEMAN,

defendants herein, knowingly executed and attempted to execute the above-described scheme by negotiating and causing to be negotiated at a currency exchange located in Chicago, Illinois, a forged Family Guidance Center check, numbered 23012, made payable to JULIAN COLEMAN, in the amount of $3,800, drawn on the American National Bank account;

In violation of Title 18, United States Code, Section 1344 and 2.

## COUNT TEN

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.     The Grand Jury realleges and incorporates by reference paragraphs 1 through 14 of Count One of this indictment.

2.     On or about May 24, 1999, at Chicago, in the Northern District of Illinois, Eastern Division,

SHERRI JACKSON and,
LARRY BRUCE,

defendants herein, knowingly executed and attempted to execute the above-described scheme by causing to be negotiated at a TCF Bank branch located in Chicago, Illinois, a forged Family Guidance Center check, numbered 23017, made payable to Individual A in the amount of $3,152.67, drawn on the American National Bank account;

In violation of Title 18, United States Code, Section 1344 and 2.

14

## COUNT ELEVEN

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.     The Grand Jury realleges and incorporates by reference paragraphs 1 through 14 of Count One of this indictment.

2.     On or about May 24, 1999, at Chicago, in the Northern District of Illinois, Eastern Division,

> SHERRI JACKSON and,
> CORNELL STAMPLEY,

defendants herein, knowingly executed and attempted to execute the above-described scheme by causing to be negotiated at a TCF Bank branch located in Chicago, Illinois, a forged Family Guidance Center check, numbered 23017, made payable to Individual A in the amount of $3,152.67, drawn on the American National Bank account;

In violation of Title 18, United States Code, Section 1344 and 2.

15

## COUNT TWELVE

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.      At times material to this indictment:

        (a)      American National Bank and Trust Company (now Bank One Corporation), located in Chicago, Illinois, was a financial institution which operated in and the activities of which affected interstate commerce;

        (b)      The Currency Exchanges located 79th and Cottage Grove, 35th and Indiana, and 67th, Stony Island, and the Lake Meadows Currency Exchange, Chicago, Illinois, (hereinafter collectively referred to as "Currency Exchange"), were corporations which operated in and the activities of which affected interstate commerce; and

        (c)      Family Guidance Center, Inc., located in Chicago, Illinois ("Family Guidance Center") was a corporation which operated in and the activities of which affected interstate commerce.

2.      On or about March 13, 1999, at Chicago, in the Northern District of Illinois, Eastern Division,

### SHERRI JACKSON,

defendant herein, caused to be uttered at a Currency Exchange, a forged security of Family Guidance Center, Inc., namely, a forged check, numbered 22971, in the amount of $1,567.92, drawn on an account at American National Bank, with intent to deceive American National Bank and the Currency Exchange;

        In violation of Title 18, United States Code, Sections 513(a) and 2.

16

## COUNT THIRTEEN

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.    At times material to this indictment:

(a)    American National Bank and Trust Company (now Bank One Corporation), located in Chicago, Illinois, was a financial institution which operated in and the activities of which affected interstate commerce;

(b)    The Currency Exchanges located 79th and Cottage Grove, 35th and Indiana, and 67th, Stony Island, and the Lake Meadows Currency Exchange, Chicago, Illinois, (hereinafter collectively referred to as "Currency Exchange"), were corporations which operated in and the activities of which affected interstate commerce; and

(c)    Family Guidance Center, Inc., located in Chicago, Illinois ("Family Guidance Center") was a corporation which operated in and the activities of which affected interstate commerce.

2.    On or about April 9, 1999, at Chicago, in the Northern District of Illinois, Eastern Division,

SHERRI JACKSON,

defendant herein, caused to be uttered at a Currency Exchange, a forged security of Family Guidance Center, Inc., namely, a forged check, numbered 23009, in the amount of $3,800, drawn on an account at American National Bank, with intent to deceive American National Bank and the Currency Exchange;

In violation of Title 18, United States Code, Sections 513(a) and 2.

17

## COUNT FOURTEEN

The SPECIAL NOVEMBER 1999 GRAND JURY further charges:

1.     At times material to this indictment:

(a)     American National Bank and Trust Company (now Bank One Corporation), located in Chicago, Illinois, was a financial institution which operated in and the activities of which affected interstate commerce;

(b)     The Currency Exchanges located 79th and Cottage Grove, 35th and Indiana, and 67th, Stony Island, and the Lake Meadows Currency Exchange, Chicago, Illinois, (hereinafter collectively referred to as "Currency Exchange"), were corporations which operated in and the activities of which affected interstate commerce; and

(c)     Family Guidance Center, Inc., located in Chicago, Illinois ("Family Guidance Center") was a corporation which operated in and the activities of which affected interstate commerce.

2.     On or about April 9, 1999, at Chicago, in the Northern District of Illinois, Eastern Division,

## SHERRI JACKSON,

defendant herein, caused to be uttered at a Currency Exchange, a forged security of Family Guidance Center, Inc., namely, a forged check, numbered 22986, in the amount of $3,800, drawn on an account at American National Bank, with intent to deceive American National Bank and the Currency Exchange;

In violation of Title 18, United States Code, Sections 513(a) and 2.

## COUNT FIFTEEN

1.      At times material to this indictment:

(a)      American National Bank and Trust Company (now Bank One Corporation), located in Chicago, Illinois, was a financial institution which operated in and the activities of which affected interstate commerce;

(b)      The Currency Exchanges located 79th and Cottage Grove, 35th and Indiana, and 67th, Stony Island, and the Lake Meadows Currency Exchange, Chicago, Illinois, (hereinafter collectively referred to as "Currency Exchange"), were corporations which operated in and the activities of which affected interstate commerce; and

(c)      Family Guidance Center, Inc., located in Chicago, Illinois ("Family Guidance Center") was a corporation which operated in and the activities of which affected interstate commerce.

2.      On or about April 11, 1999, at Chicago, in the Northern District of Illinois, Eastern

Division,

SHERRI JACKSON,

defendant herein, caused to be uttered at a Currency Exchange, a forged security of Family Guidance

Center, Inc., namely, a forged check, numbered 23012, in the amount of $3,800, drawn on an account

at American National Bank, with intent to deceive American National Bank and the Currency

Exchange;

In violation of Title 18, United States Code, Sections 513(a) and 2.

A TRUE BILL:

_____

FOREPERSON

ACTING  UNITED STATES ATTORNEY

20

RECEIVED

MAY 03 2001

MAGISTRATE JUDGE EDWARD A. BOBRICK
UNITED STATES DISTRICT COURT

UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

No.

UNITED STATES OF AMERICA

vs.

Sherri Jackson, Wayne Hughes, Lahroe Miles,
Julian Coleman, Cornell Stampley, Larry
Bruce

I N D I C T M E N T

Violations: Title 18, United States Code,
Section 513, 1344 and 2

A true bill.

_____
Foreman

Filed in open court this 3rd day of May A.D. 2001

MICHAEL W. DOBBINS

by _____
Clerk

Bail, $ _____

PO 880.320