UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF ILLINOIS
EASTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | |
| | ) | |
| Plaintiff, | ) | |
| | ) | No. 01 CR 438-1 |
| v. | ) | |
| | ) | Judge Hart |
| SHERRI JACKSON, | ) | |
| | ) | |
| Defendant. | ) | |

## ORDER

This matter is before the court on the United States of America's motion to direct the Clerk of Court to accept all payments from Tom Vaughn, chapter 13 trustee, or any other chapter 13 trustee acting in his stead, in the bankruptcy case No. 18-32727 pending in the Bankruptcy Court for the Northern District of Illinois, whether made payable to the Clerk of Court or made payable directly to the United States of America, to be applied toward criminal restitution imposed in this case. Accordingly, it is hereby,

ORDERED that the Clerk of the Court is directed to accept all payments described above for application to defendant Sherri Jackson's restitution judgment in this case.

E N T E R:

/s/ William T. Hart
United States District Judge

Date: March 18, 2021